Mark W. Pugsley (8253)
RAY QUINNEY & NEBEKER P.C.
36 South State Street, Suite 1400
Salt Lake City, Utah 84145-0385
Telephone: (801) 532-1500
Facsimile: (801) 532-7543

William T. Reid, IV (*admitted pro hac vice*)
Rachel S. Fleishman (*admitted pro hac vice*)
Gregory S. Schwegmann (*admitted pro hac vice*)
Jeremy H. Wells (*admitted pro hac vice*)
Ryan M. Goldstein (*admitted pro hac vice*)
REID COLLINS & TSAI LLP
1301 S. Cap. of Texas Hwy, Suite C300
Austin, Texas 78746
Telephone: (512) 647-6100
Facsimile: (512) 647-6129

*Attorneys for Plaintiff Gil A. Miller, as the Trustee of the Randall Victims Private Actions Trust*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| GIL A. MILLER, in his capacity as the Trustee of the Randall Victims Private Actions Trust<br><br>Plaintiff,<br><br>vs.<br><br>UNION CENTRAL LIFE INSURANCE COMPANY,<br><br>Defendant. | **APPENDIX OF EXHIBITS CITED IN PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT**<br><br>**Case No. 2:14-cv-00575**<br><br>**Judge: Hon. Jill N. Parrish**<br><br>**Magistrate Judge: Hon. Paul M. Warner**<br><br>Electronically Filed. |

Appendix of Exhibits Cited in Plaintiff's Motion for Summary Judgment

| Exhibit No. | Under Seal | Description | Source | Beg Bates | End Bates |
|---|---|---|---|---|---|
| 1 | | Summary of Misrepresentaions re: Promissory Notes | PAT Victim questionnaires and Interogatory Responses | N/A | N/A |
| 2 | | Summary of facts concerning fraudulent concealment | PAT Victim questionnaires | N/A | N/A |
| 3 | | Investor Questionnaires | PAT Victims | *See* Ex. 3 Index | *See* Ex. 3 Index |
| 4 | | Plaintiff's First Supplemental Obejections and Responses to Defendant's First Set of Interrogatories dated 6/2/2016 | Trustee of the Randall Victims Private Action Trust | N/A | N/A |
| 5 | | Plaintiff's Second Supplemental Obejections and Responses to Defendant's First Set of Interrogatories dated 4/26/2017 | Trustee of the Randall Victims Private Action Trust | N/A | N/A |
| 6 | | Plaintiff's Third Supplemental Obejections and Responses to Defendant's First Set of Interrogatories dated 7/14/2017 | Trustee of the Randall Victims Private Action Trust | N/A | N/A |
| 7 | | Horizon Group marketing materials and brochure | Randall Victims Private Action Trust | PATTRUST0171404 | PATTRUST0171434 |
| 8 | | Declaration of Dee Randall and Exhibits A-M dated 2/2/2017 | Dee Randall | N/A | N/A |
| 9 | X | HFI agency file | Union Central Life Insurance Company | UNION CENTRAL 0043325 | UNION CENTRAL 0043498 |
| 10 | X | Expert Report of Gil A. Miller and exhibits dated 6/26/2017 | Gil A. Miller | N/A | N/A |
| 11 | | Email from David Williams to Ryan Dewing, cc Cheryl Heilman, Maria Sherffius, Ray Gilbertson, Robert Sands, Selene Hitchcock-Gear re: Kaysville man's 'legal Ponzi scheme' under investigation [The Salt Lake Tribune] dated 10/6/2011 | Union Central Life Insurance Company | UNION CENTRAL 0477433 | UNION CENTRAL 0477436 |
| 12 | | The Salt Lake Tribune article "Kaysville man's 'legal Ponzi scheme' under investigation" dated 10/5/2011 | Salt Lake Tribune (http://archive.sltrib.com/printerfriendly.php?id=52677204&itype=cmsid) | N/A | N/A |
| 13 | | Joint Stipulation to Dismiss The Claims of Certain Members of The Private Actions Trust dated 7/18/2017 | Docket | N/A | N/A |
| 14 | | Union Central General Agent Contract, effective 2/28/2000, executed by Dee A. Randall, Matthew Randall, and Union Central | Union Central Life Insurance Company | UNION CENTRAL 0020461 | UNION CENTRAL 0020471 |
| 15 | | Excerpts from the deposition of Thomas Burkhard taken on 4/7/2017 | Thomas Burkhard | N/A | N/A |
| 16 | X | Agency/Agent Application for Dee Randall dated 2/15/2000 | Union Central Life Insurance Company | UNION CENTRAL 0043182 | UNION CENTRAL 0043210 |
| 17 | | Independent Financial & Investment Prospectus dated 2007 | Randall Victims Private Action Trust | PATTRUST0005436 | PATTRUST0005496 |
| 18 | | Excerpts from the deposition of William McFadden taken on 4/17/2017 | William McFadden | N/A | N/A |
| 19 | | Excerpts from the deposition of Kevin O'Toole taken on 2/16/2017 | Kevin O'Toole | N/A | N/A |
| 20 | | Intentionally Left Blank | | | |
| 21 | | Union Central Agent Benefits Program, 2008 | Union Central Life Insurance Company | UNIFI 00298 | UNIFI 00545 |
| 22 | X | Dee Randall Agent File | Union Central Life Insurance Company | UNIFI 01691 | UNIFI 01941 |

| Exhibit No. | Under Seal | Description | Source | Beg Bates | End Bates |
|---|---|---|---|---|---|
| 23 | | Letter to Brian S. Eyster from Raymond J. Blessing terminating Agent Contract, and canceling benefits due to insufficient production, dated 2/13/2008 | Union Central Life Insurance Company | UNION CENTRAL 0008790 | UNION CENTRAL 0008799 |
| 24 | | Excerpts from the deposition of Kevin O'Toole taken on 4/14/2017 | Kevin O'Toole | N/A | N/A |
| 25 | X | Ira Sorenson Agent Agreement and Brokerage Agreement | Union Central Life Insurance Company | UNION CENTRAL 0143255; UNION CENTRAL 0143295; UNION CENTRAL 0143313 | UNION CENTRAL 0143265; UNION CENTRAL 0143295; UNION CENTRAL 0143325 |
| 26 | | Inter-Office Memorandum from Bill McFadden to Kevin O'Toole re: GA Appointment (80/20) Horizon Financial & Ins Agency, Inc. dated 2/25/2000 | Union Central Life Insurance Company | UCLAP001740 | UCLAP001741 |
| 27 | | Excerpts from the deposition of Sandra Crum taken on 11/16/2016 | Sandra Crum | N/A | N/A |
| 28 | X | List of HFI/UC agents and production between 2000 and 2011 | Union Central Life Insurance Company | UNION CENTRAL 0000491 | UNION CENTRAL 0000491 |
| 29 | | Excerpts from the deposition of Michael Weckenbrock taken on 4/18/2017 | Michael Weckenbrock | N/A | N/A |
| 30 | | Excerpts from the deposition of Ray Gilbertson taken on 5/17/2017 | Ray Gilbertson | N/A | N/A |
| 31 | | Union Central Market Conduct Guides | Union Central Life Insurance Company | UNIFI 00546 | UNIFI 00727 |
| 32 | | Union Central Circular | Union Central Life Insurance Company | UCL000175 | UCL000193 |
| 33 | | Screenshot of Union Central's website from 2/2/2001 | https://web.archive.org/web/20010202085700/http://unioncentral.com:80/about/imsa.htm | N/A | N/A |
| 34 | | Screenshot of Union Central's website from 2/15/2001 | https://web.archive.org/web/20010215171934/http://unioncentral.com:80/about/imsa_page2.htm | N/A | N/A |
| 35 | | Screenshot of Union Central's website from 9/17/2009 | http://web.archive.org/web/20090917040738/http://www.unioncentral.com:80/webcontent/Pub_005338.htm#TopOfPage | N/A | N/A |
| 36 | | Union Central Stipulation Regarding Federal Rule of Civil Procedure 30(b)(6) Evidence dated 6/1/2017 | Union Central Life Insurance Company | N/A | N/A |
| 37 | | Bryan and Valerie Peterson file | Randall Victims Private Action Trust | N/A | N/A |
| 38 | | Press Release by U.S. Securities and Exchange Commission titled "SEC, State Securities Regulators Announce Primosory Note Enforcement Sweep" dated 6/1/2000 | U.S. Securities and Exchange Commission (https://www.sec.gov/news/headlines/promswp.htm) | N/A | N/A |
| 39 | | Exceprts from Dee Randall Standard Insurance Agent File | Standard Life Insurance | PATTRUST0031767 | PATTRUST0031811 |
| 40 | | Dee Randall Meeting Agenda dated 2/8/2000 | Union Central Life Insurance Company | UNION CENTRAL 0018775 | UNION CENTRAL 0018777 |
| 41 | | Excerpts from the deposition of Gary Huffman taken on 4/26/2017 | Gary Huffman | N/A | N/A |
| 42 | | Intentionally Left Blank | | | |
| 43 | | Intentionally Left Blank | | | |
| 44 | X | Dee Randall Life Insurance Policy File | Union Central Life Insurance Company | UNION CENTRAL 0419964 | UNION CENTRAL 0420156 |
| 45 | | Excerpts from the deposition of Arnold Henkel taken on 3/30/2017 | Arnold Henkel | N/A | N/A |

| Exhibit No. | Under Seal | Description | Source | Beg Bates | End Bates |
|---|---|---|---|---|---|
| 46 | | Excerpts from the deposition of Raymond Picone taken on 3/28/2017 | Raymond Picone | N/A | N/A |
| 47 | | Excerpts from the deposition of Tim Stonehocker taken on 4/11/2017 | Tim Stonehocker | N/A | N/A |
| 48 | | Excerpts from the deposition of Robert Sumrall taken on 8/31/2016 | Robert Sumrall | N/A | N/A |
| 49 | | Excerpts from the deposition of Raymond Picone taken on 2/15/2017 | Raymond Picone | N/A | N/A |
| 50 | | Excerpts from the deposition of Lani Peppers taken on 4/12/2017 | Lani Peppers | N/A | N/A |
| 51 | | Excerpts from the deposition of James Aschemen taken on 4/4/2017 | James Aschemen | N/A | N/A |
| 52 | | Utah Insurance Regulations, R590-154 | Utah Admin. Code | N/A | N/A |
| 53 | | Excerpts from the deposition of John Lucas taken on 11/15/2016 | John Lucas | N/A | N/A |
| 54 | | Intentionally Left Blank | | | |
| 55 | | Supplement to Press Release by U.S. Securities and Exchange Commission titled "SEC, State Securities Regulators Announce Primossory Note Enforcement Sweep" | U.S. Securities and Exchange Commission (https://www.sec.gov/news/extra/promstat.htm) | N/A | N/A |
| 56 | | Declaration of J. Curtis in Support of the Trustee's Motion for Partial Summary Judgment and Ex. 1, *In re Randall*, Adv. No. 12-02835, Bankr. Dist. Utah dated 9/21/2016 (attaching Randall's Union Central insurance policies) | John H. Curtis/Union Central Life Insurance Company | N/A | N/A |
| 57 | | Memo from Bill McFadden to The Horizon Group re: Fast Start Campaign dated 7/20/2000 | Union Central Life Insurance Company | UNION CENTRAL 0018751 | UNION CENTRAL 0018751 |
| 58 | | Email from Keith Arnell to Steve Hanni, Brian Nielsen re: Going Concern with attachment dated 4/17/2007 | Randall Victims Private Action Trust | PATTRUST0153434 | PATTRUST0153437 |
| 59 | | Excerpts from the deposition of Keith Arnell taken on 11/8/2011 | Keith Arnell | N/A | N/A |
| 60 | | Excerpts from the deposition of Sarah Bradshaw taken on 11/22/2011 | Sarah Bradshaw | N/A | N/A |
| 61 | | Email from Lisa Mullen to Linda Brown re: HFI dated 12/2/2010 | Union Central Life Insurance Company | UNION CENTRAL 0003081 | UNION CENTRAL 0003083 |
| 62 | | HFI website screenshot from 2/20/2006 | https://web.archive.org/web/20060220085459/http://www.horizonfinancial.com:80/partnerships.html | N/A | N/A |
| 63 | | HFI website screenshot from 9/6/2010 | https://web.archive.org/web/20100906132448/http://horizonfinancial.com:80/partnerships | N/A | N/A |
| 64 | | HFI website screenshot from 4/20/2010 | https://web.archive.org/web/20100420014517/http://www.deearandall.com:80/ | N/A | N/A |
| 65 | | HFI website screenshot from 12/29/2001 | https://web.archive.org/web/20011229013307/http://www.horizonfinancialutah.com:80/affiliates/affiliates.html | N/A | N/A |

Appendix of Exhibits Cited in Plaintiff's Motion for Summary Judgment

| Exhibit No. | Under Seal | Description | Source | Beg Bates | End Bates |
|---|---|---|---|---|---|
| 66 | | HFI website screenshot from 3/24/2005 | https://web.archive.org/web/20050324053930/http://www.horizonfinancialutah.com:80/affiliates/affiliates.html | N/A | N/A |
| 67 | | Excerpts from the deposition of Julie Whiteley taken on 4/13/2017 | Julie Whiteley | N/A | N/A |
| 68 | | Order Substantively Consolidating the Separate Estates of Dee Allen Randall, Horizon Auto Funding, LLC, Independent Commercial Lending, LLC, Horizon Financial Center I, LLC, Horizon Mortgage and Investment Inc. and Horizon Financial & Insurance Group Inc., *In re Dee Allen Randall, et al.*, Case No. 10-37546, Bankr. Dist. Utah dated 1/30/2012 | Docket in Bankruptcy Case No. 10-37546 | N/A | N/A |
| 69 | | Affidavit of John H. Curtis filed, *In Re: Dee Randall, et al.*, Case No. 10-37546, Bankr. Dist. Utah dated 12/13/2011 | John H. Curtis | N/A | N/A |
| 70 | | [Proposed] Chapter 11 Trustee's Liquidating Plan of Reorganization and Ex. A, *In re Randall, et al.*, Case No. 10-37546, Bankr. Dist. Utah dated 10/28/2013 | Docket in Bankruptcy Case No. 10-37546 | N/A | N/A |
| 71 | | Order Confirming the Chapter 11 Trustee's Liquidating Plan of Reorganization, *In re Randall, et al.*, Case No. 10-37546, Bankr. Dist. Utah dated 10/28/2013 | Docket in Bankruptcy Case No. 10-37546 | N/A | N/A |
| 72 | | Order Granting in Part and Denying in Part Trustee's Motion for Partial Summary Judgment, *B390* dated 2/9/2015 | Bankruptcy Court Docket in Adv. No. 12-02468 | N/A | N/A |
| 73 | | Statement of Defendant in Support of Guilty Plea, Certificate of Counsel and Plea Agreement, *State v. Randall*, Utah Dist. Ct. dated 7/11/2016 | Docket in the Third Judicial District Court in and for Salt Lake County, Case No. 141906717FS | N/A | N/A |
| 74 | | Findings of Fact and Conclusions of Law, and Order against Dee Randall dated 9/19/2017 | Docket in the Third Judicial District Court in and for Salt Lake County, Case No. 141906717FS | N/A | N/A |
| 75 | | Horizon Group marketing materials | Randall Victims Private Action Trust | PATTRUST0014476 | PATTRUST0014477 |
| 76 | | Horizon Financial's 12th Annual Golf Tournament brochure dated 8/17/2006 | Union Central Life Insurance Company | UNION CENTRAL 0018660 | UNION CENTRAL 0018669 |
| 77 | | Intentionally Left Blank | | | |
| 78 | | Email from Kevin O'Toole to Dee Randall re: Horizon Financial Golf Tournament dated 7/11/2005 | Union Central Life Insurance Company | UNION CENTRAL 0019902 | UNION CENTRAL 0019902 |
| 79 | | Photo from Golf Tournament | Randall Victims Private Action Trust | PATTRUST0171367 | PATTRUST0171367 |
| 80 | | Intentionally Left Blank | | | |
| 81 | | Email from Kevin O'Toole to Natalie Rodgers re: Kevin O'Toole dated 10/9/2008 | Union Central Life Insurance Company | UNION CENTRAL 0469883 | UNION CENTRAL 0469884 |
| 82 | | Invitation to HFI Client Appreciation Dinner Seminar held on 10/27 | Randall Victims Private Action Trust | N/A | N/A |

| Exhibit No. | Under Seal | Description | Source | Beg Bates | End Bates |
|---|---|---|---|---|---|
| 83 | | Email from Kevin O'Toole to Debbie Robbins re: Kevin O'Toole dated 10/9/2008 | Union Central Life Insurance Company | UNION CENTRAL 0469573 | UNION CENTRAL 0469574 |
| 84 | | Email from Natalie Rodgers to Greg Blackbourn and Garrett Gunderson re: Email from Dee dated 6/22/2010 | Randall Victims Private Action Trust | PATTRUST0141847 | PATTRUST0141857 |
| 85 | | Email from Natalie Rodgers to various recipients re: Message from Dee dated 10/26/2009 | Randall Victims Private Action Trust | PATTRUST0184753 | PATTRUST0184753 |
| 86 | | Horizon Mortgage & Investment, Inc. Audit Budget and Prospectus dated 12/31/2002 | Randall Victims Private Action Trust | PATTRUST0143831 | PATTRUST0143870 |
| 87 | | 2003 Independent Financial & Investment Prospectus | Randall Victims Private Action Trust | PATTRUST0036504 | PATTRUST0036612 |
| 88 | | Excerpts from the deposition of Kyle Christensen taken on 10/18/2016 | Kyle Christensen | N/A | N/A |
| 89 | | Excerpts from the deposition of Ira Sorensen taken on 10/14/2016 | Ira Sorensen | N/A | N/A |
| 90 | | Stipulation and Consent Orders for David Burke, Kyle D. Bennett, Gregory S. Blackbourn, Markham L. Caldwell, Austin Christensen, Michael G. Isom, Rick D. Kendell, Benjamin D. Larsen, Ryan O'Shea, Curtis Olsen, Ira J. Sorensen and Scott L. Steinmetz | Utah Division of Securities | N/A | N/A |
| 91 | | Excerpts from the deposition of Garrett Gunderson taken on 1/19/2016 | Garrett Gunderson | N/A | N/A |
| 92 | | Excerpts from the deposition of Danita Hooper taken on 3/31/2017 | Danita Hooper | N/A | N/A |
| 93 | | Email from Kevin O'Toole to 1889 Agency, cc Robert Verbryke re: Notes from 3/25/03 dated 4/3/2003 | Union Central Life Insurance Company | UNION CENTRAL 0001343 | UNION CENTRAL 0001343 |
| 94 | | Intentionally Left Blank | | | |
| 95 | | Email from Bob Sumrall to Kevin O'Toole, cc Patricia Robinson re: Phone Call dated 3/20/2008 | Union Central Life Insurance Company | UNION CENTRAL 0005229 | UNION CENTRAL 0005230 |
| 96 | | Email from Kevin O'Toole to Rick Noonan re: Salt Lake City Producer Group dated 1/3/2008 | Union Central Life Insurance Company | UNION CENTRAL 0464639 | UNION CENTRAL 0464639 |
| 97 | X | Union Central's file on Dee Randall/HFI debt arrangements | Union Central Life Insurance Company | UNION CENTRAL 0454128 | UNION CENTRAL 0454885 |
| 98 | | Email from David Morris to David Shaver, Kristal Hambrick, Patrick Kenyon re: Request 2007-56 (Whole Life Production) dated 6/12/2008 | Union Central Life Insurance Company | UNION CENTRAL 0013487 | UNION CENTRAL 0013489 |
| 99 | | Whole Life Production by agency chart (attachment to Ex. 98) | Union Central Life Insurance Company | N/A | N/A |
| 100 | X | Expert Report of Burke A. Christensen and exhibits dated 6/26/2017 | Burke A. Christensen | N/A | N/A |
| 101 | | Email from Kevin O'Toole to Tatia Wiley re: Horizon Financial Trophy Celebrations dated 2/23/2006 | Union Central Life Insurance Company | UNION CENTRAL 0020008 | UNION CENTRAL 0020008 |

| Exhibit No. | Under Seal | Description | Source | Beg Bates | End Bates |
|---|---|---|---|---|---|
| 102 | | Email from Kevin O'Toole to Gary Huffman re: Dee Randall Talking Points dated 2/14/2006 | Union Central Life Insurance Company | UNION CENTRAL 0019995 | UNION CENTRAL 0019995 |
| 103 | X | UNIFI Companies Life Underwriting Guide | Union Central Life Insurance Company | UNION CENTRAL 0224521 | UNION CENTRAL 0224563 |
| 104 | | Susan Morris File | Union Central Life Insurance Company | UNION CENTRAL 0402854; UNION CENTRAL 0388679; UNION CENTRAL 0402998 | UNION CENTRAL 0402993; UNION CENTRAL 0388682; UNION CENTRAL 0403030 |
| 105 | | Letter from John M. Lucas to Dee Randall enclosing Release and Settlement Agreement re: Susan and Micahel Morris dated 5/13/2009 | Bryan Cave/Holmes Roberts | BCHRO038343 | BCHRO038346 |
| 106 | X | Katherine Pederson Application for Insurance dated 9/18/2008 | Union Central Life Insurance Company | N/A | N/A |
| 107 | X | Email from Lani Peppers to Jeri re: Katherine Pederson Insurance Application dated 10/15/2008 | Union Central Life Insurance Company | UNION CENTRAL 0102741 | UNION CENTRAL 0102754 |
| 108 | | Excerpts from the deposition of Scott Corbett taken on 4/19/2017 | Scott Corbett | N/A | N/A |
| 109 | | Email from Natalie Rodgers to Matt Randall, Sarah Bradshaw, Bart Christensen, Court Pitcher, Keith Arnell, Bob Provstgaard, burke@horizonfinancial.com, Michael Isom, Kevin O'Toole re: Message from Dee dated 12/29/2009 | Union Central Life Insurance Company | UNION CENTRAL 0141920 | UNION CENTRAL 0141921 |
| 110 | | Email from Natalie Rodgers to Kevin O'Toole re: Message from Dee dated 1/5/2010 | Union Central Life Insurance Company | UNION CENTRAL 0466462 | UNION CENTRAL 0466462 |
| 111 | X | Email from Maureen Kajzer to Kristal Hambrick, cc Patrick Kenyon re: William Fronce dated 12/19/2008 | Union Central Life Insurance Company | UNION CENTRAL 0003233 | UNION CENTRAL 0003240 |
| 112 | | Email from Robert Verbryke to Kevin O'Toole, Arnold Henkel re: Horizon Annualization with attachments dated 12/15/2010 | Union Central Life Insurance Company | UNION CENTRAL 0018068 | UNION CENTRAL 0018079 |
| 113 | | Email from Robert Verbryke to Kevin O'Toole re: Horizon Reps dated 12/16/2010 | Union Central Life Insurance Company | UNION CENTRAL 0015429 | UNION CENTRAL 0015430 |
| 114 | X | D. Taylor Allred Annualization Authorization dated 2/2/2001 | Union Central Life Insurance Company | UNION CENTRAL 0394066 | UNION CENTRAL 0394066 |
| 115 | | Union Central agency production by year | Union Central Life Insurance Company | UNION CENTRAL 0388684 | UNION CENTRAL 0388684 |
| 116 | | Email from Kevin O'Toole to Tim Stonehocker re: Agencies Up vs Down 07/11 vs 07/10 dated 8/30/2011 with attachment | Union Central Life Insurance Company | UNION CENTRAL 0010715 | UNION CENTRAL 0010716 |
| 117 | X | Prommisory Note or Advance - Business Case For Dee Randall dated 9/17/2010 | Union Central Life Insurance Company | UNION CENTRAL 0454874 | UNION CENTRAL 0454880 |
| 118 | | Email from Kevin O'Toole to Steven Valerius, Tim Stonehocker re: No Subject dated 9/17/2010 | Union Central Life Insurance Company | UNION CENTRAL 0000056 | UNION CENTRAL 0000057 |
| 119 | | Prommisory Note or Advance - Business Case re Dee Randall dated 10/20/2010 | Union Central Life Insurance Company | UNION CENTRAL 0078171 | UNION CENTRAL 0078175 |
| 120 | | Business Case for Horizon Financial & Investment/Dee Randall dated 11/10/2010 | Union Central Life Insurance Company | UNION CENTRAL 0040914 | UNION CENTRAL 0040922 |

| Exhibit No. | Under Seal | Description | Source | Beg Bates | End Bates |
|---|---|---|---|---|---|
| 121 | | Email from Lisa Mullen to Tracey Smith, Tom Burkhard, cc Lisa Mullen, Linda Backs re: Horizon Financial Information dated 9/8/2011 | Union Central Life Insurance Company | UNION CENTRAL 0014985 | UNION CENTRAL 0014987 |
| 122 | | Email from Jon Weinberg to Bill Lester re: horizon real estate deal dated 4/9/2009 | Union Central Life Insurance Company | UNION CENTRAL 0017170 | UNION CENTRAL 0017170 |
| 123 | | Excerpts from the deposition of Jon Weinberg taken on 4/4/2017 | Jon Weinberg | N/A | N/A |
| 124 | X | Dee Randall Life Insurance Policy File | Union Central Life Insurance Company | UNION CENTRAL 0401997 | UNION CENTRAL 0425690 |
| 125 | | Memo from Tracey Smith to Legal, cc Lisa Mullen re: Debt Write-off-Matt Randall (AG00070612) and Courtney Pitcher (AG00013061) dated 5/2012 | Union Central Life Insurance Company | UNION CENTRAL 0080753 | UNION CENTRAL 0080754 |
| 126 | | Email from James Ascheman to Kevin O'Toole re: Dee Randall dated 5/19/2010 | Union Central Life Insurance Company | UNION CENTRAL 0469015 | UNION CENTRAL 0469017 |
| 127 | | Email from Arnold Henkel to Kevin O'Toole re: Horizon and Documentation dated 11/23/2010 | Union Central Life Insurance Company | UNION CENTRAL 0084388 | UNION CENTRAL 0084388 |
| 128 | | Excerpts from the deposition of John Kirtley taken on 4/10/2017 | John Kirtley | N/A | N/A |
| 129 | | United States Bankruptcy Court Voluntary Petition of Dee Allen Randall dated 12/20/2010 | Union Central Life Insurance Company | UNION CENTRAL 0126072 | UNION CENTRAL 0126078 |
| 130 | | Email from Tim Stonehocker to Linda Mullen re: Confidential - Horizon Financial - draft loan documents dated 2/21/2011 and Email from Kevin O'Toole to Lisa Mullen re: Horizon Debt dated 11/15/2009 | Union Central Life Insurance Company | UNION CENTRAL 130794; UNION CENTRAL 0005637 | UNION CENTRAL 130796; UNION CENTRAL 0005637 |
| 131 | | Email from Arnold Henkel to Tim Stonehocker re: Horizon Financial Persistency - update dated 11/30/2010 | Union Central Life Insurance Company | UNION CENTRAL 0017620 | UNION CENTRAL 0017620 |
| 132 | | Email from Tim Stonehocker to Bill Lester re: UNIFI Debt Report as of 11/30/2010 | Union Central Life Insurance Company | UNION CENTRAL 0083806 | UNION CENTRAL 0083808 |
| 133 | | Email from Tim Stonehocker to Lisa Mullen re: Approval of Christensen Business Case is sought dated 1/20/2011 | Union Central Life Insurance Company | UNION CENTRAL 0078487 | UNION CENTRAL 0078493 |
| 134 | | Email from Tom Burkhard to Bob Sumrall re: Horizon Financial dated 9/20/2011 | Union Central Life Insurance Company | UNION CENTRAL 0079734 | UNION CENTRAL 0079738 |
| 135 | | Email from Lisa Mullen to Sandy Crum re: Dee Randall with attachment dated 8/31/2011 | Union Central Life Insurance Company | UNION CENTRAL 0079318 | UNION CENTRAL 0079322 |
| 136 | | Email from Bob Sumrall to Monica Brown, John Kirtley, Kevin O'Toole, Linda Backs, Linda Brown, Lisa Mullen, Sandy Crum, Tom Burkhard and Christine Yates re: Horizon Financial dated 9/1/2011 | Union Central Life Insurance Company | UNION CENTRAL 0020446 | UNION CENTRAL 0020447 |
| 137 | | Email from Ray Blessing to Jennifer Roberts re: EAPS for 5508 Agents-Insight Planning dated 10/31/2011 | Union Central Life Insurance Company | UNION CENTRAL 0002481 | UNION CENTRAL 0002482 |

| Exhibit No. | Under Seal | Description | Source | Beg Bates | End Bates |
|---|---|---|---|---|---|
| 138 | | Email from Jennifer Roberts to Bob Sumrall, Robbi McLain, cc Carol Redden, Jennifer Roberts re: Agents in EN1889 to be terminated dated 10/12/2011 | Union Central Life Insurance Company | UNION CENTRAL 0003105 | UNION CENTRAL 0003115 |
| 139 | | Excerpts from the deposition of Scott Farmen taken on 4/3/2017 | Scott Farmen | N/A | N/A |
| 140 | | Email from Bob Sumrall to Carol Redden, cc Jennifer Roberts re: Agents in EN1889 to be terminated dated 10/13/2011 | Union Central Life Insurance Company | UNION CENTRAL 0079679 | UNION CENTRAL 0079682 |
| 141 | | Email from Lisa Mullen to Linda Backs, Linda Brown re: Dee Randall dated 11/1/2011 | Union Central Life Insurance Company | UNION CENTRAL 0077897 | UNION CENTRAL 0077901 |
| 142 | | Email from Mike Weckenbrock to Dee Randall re: Request for Information with attachment dated 11/7/2011 | Union Central Life Insurance Company | UNION CENTRAL 0018689 | UNION CENTRAL 0018692 |
| 143 | | Table F Utah Insurance Department Annual Report - Business of 2006-2012 Life, Accident, And Health Insurers | Utah Insurance Department | N/A | N/A |
| 144 | | Table D 2006-2007 Utah Market Share Report Ordinary Life | Utah Insurance Department | N/A | N/A |
| 145 | | Letter from Dee Randall to Independent Financial & Investment Investor dated 9/2/2008 | Randall Victims Private Action Trust | PATTRUST0009427 | PATTRUST0009427 |
| 146 | | Undated Letter from Dee Randall to Independent Financial & Investment Investor | Randall Victims Private Action Trust | PATTRUST0005823 | PATTRUST0005824 |
| 147 | | Letter from Dee Randall to Horizon Auto Funding Investor dated 9/3/2009 | Randall Victims Private Action Trust | PATTRUST0005340 | PATTRUST0005340 |
| 148 | | Letter from Dee Randall to Independent Financial & Investment Investor dated 10/26/2009 | Randall Victims Private Action Trust | PATTRUST0009430 | PATTRUST0009430 |
| 149 | | Letter from Dee Randall to Independent Financial & Investment Investor dated 1/20/2010 | Randall Victims Private Action Trust | PATTRUST0008789 | PATTRUST0008789 |
| 150 | | Letter from Dee Randall to Independent Financial & Investment Investor dated 8/9/2010 | Randall Victims Private Action Trust | PATTRUST0005822 | PATTRUST0005822 |
| 151 | | Letter from Dee Randall to Independent Financial & Investment Investor dated 1/31/2011 | Randall Victims Private Action Trust | PATTRUST0019412 | PATTRUST0019412 |
| 152 | | Letter from Dee Randall to Independent Financial & Investment Investor dated 1/31/2011 | Randall Victims Private Action Trust | PATTRUST0009436 | PATTRUST0009436 |
| 153 | | Letter from Dee Randall to Independent Financial & Investment Investor dated 3/14/2011 | Randall Victims Private Action Trust | PATTRUST0021812 | PATTRUST0021812 |
| 154 | | Letter from Dee Randall to Independent Financial & Investment Investor dated 7/5/2011 | Randall Victims Private Action Trust | PATTRUST0005730 | PATTRUST0005730 |

| Exhibit No. | Under Seal | Description | Source | Beg Bates | End Bates |
|---|---|---|---|---|---|
| 155 | | Union Central Life Insurance Company Annual Statements for the Years Ended 12/31/2004 through 12/31/2016 | Union Central Life Insurance Company | N/A | N/A |
| 156 | | Motion to Dismiss Hearing Transcript dated 6/3/2015 | U.S. District Court for State of Utah | N/A | N/A |