| Exhibit No. | Under Seal | Description | Source | Beg Bates | End Bates |
|---|---|---|---|---|---|
| 157 | | Supplemental excerpts from the deposition of Scott Farmen taken on 4/3/2017 | Scott Farmen | N/A | N/A |
| 158 | | Field Advisory Cabinet subcommittees roster dated 1/18/2010 | Union Central Life Insurance Company | UNION CENTRAL 0464547 | UNION CENTRAL 0464547 |
| 159 | | Email from Steven Valerius to Kevin O'Toole, cc Roger Stacy re: Product Summit dated 3/10/2011 | Union Central Life Insurance Company | UNION CENTRAL 0005950 | UNION CENTRAL 0005951 |
| 160 | | FAC Distribution/Comp/Benefits Subcommittee notes from 2/12/2009 meeting | Union Central Life Insurance Company | UNION CENTRAL 0084392 | UNION CENTRAL 0084394 |
| 161 | | Memorandum from Arny Henkel to FAC Distribution/Comp/Benefits Subcommittee re: Sales Conference Bonus Campaign dated 6/1/2009 | Union Central Life Insurance Company | UNION CENTRAL 0084149 | UNION CENTRAL 0084150 |
| 162 | | Memorandum from John Jacobs to Gary Huffman re: Dee Randall dated 3/3/2006 | Union Central Life Insurance Company | UNION CENTRAL 0020057 | UNION CENTRAL 0020057 |
| 163 | | Supplemental excerpts from the deposition of Gary Huffman taken on 4/26/2017 | Gary Huffman | N/A | N/A |
| 164 | | Supplemental excerpts from the deposition of Kevin O'Toole taken on 4/14/2017 | Kevin O'Toole | N/A | N/A |
| 165 | | Agenda for 2/28/2005 meeting at Horizon Financial | Union Central Life Insurance Company | UNION CENTRAL 0018686 | UNION CENTRAL 0018686 |
| 166 | | The Trustee's Motion Requesting Joint Administration and Procedural (But Not Substantive) Consolidation of Related Chapter 11 Cases, *In re Randall, et al.* , Case No. 10-37546 (Bankr. Dist. Utah Oct. 12, 2011), ECF No. 268 | Docket in Bankruptcy Case No. 10-37546 | N/A | N/A |
| 167 | | AAA Corporate Travel Services, UNIFI Passenger Tracking of Robert Sumrall from 1/1/2010 to 12/31/2010 | Union Central Life Insurance Company | UNION CENTRAL 0044007 | UNION CENTRAL 0044012 |
| 168 | | AAA Corporate Travel Services, UNIFI Passenger Tracking of Robert Sumrall from 1/1/2011 to 12/31/2011 | Union Central Life Insurance Company | UNION CENTRAL 0044013 | UNION CENTRAL 0044018 |
| 169 | | Supplemental excerpts from the deposition of Kevin O'Toole taken on 2/16/2017 | Kevin O'Toole | N/A | N/A |
| 170 | | Itinerary for Dee Randall's 9/14-9/15/2000 visit to Union Central's Home Office | Union Central Life Insurance Company | UNION CENTRAL 0473733 | UNION CENTRAL 0473733 |
| 171 | | Email from Ray Picone to Linda Mattran, cc James W. Yahne, et al., re: trip dated 2/29/2008 | Union Central Life Insurance Company | UNION CENTRAL 0007659 | UNION CENTRAL 0007660 |
| 172 | | Email from Sally Hermann to Dee Randall, cc courtney@horizonfinancial.com re: visit dated 4/7/2008 | Union Central Life Insurance Company | UNION CENTRAL 0467971 | UNION CENTRAL 0467971 |
| 173 | | Email from Cali Clark to Terri Faulder, et al., re: Group travel 8/17-8/28 dated 8/13/2009 | Union Central Life Insurance Company | UNION CENTRAL 0001110 | UNION CENTRAL 0001111 |
| 174 | | Email from Kristal Hanbrick to Doug Waters re: Regional Training-2009 dated 12/11/2008 | Union Central Life Insurance Company | UNION CENTRAL 0001297 | UNION CENTRAL 0001298 |

| Exhibit No. | Under Seal | Description | Source | Beg Bates | End Bates |
|---|---|---|---|---|---|
| 175 | | Email from Patrick Kenyon to Linda Glantz, cc Bob Sumrall, et al., re: Competitive Positioning of Keystone Foundation WL dated 1/28/2009 | Union Central Life Insurance Company | UNION CENTRAL 0003242 | UNION CENTRAL 0003243 |
| 176 | | Email from Scott Corbett to jeri@horizonfinancial.com re: Horizon agency visit dated 1/20/2009 | Union Central Life Insurance Company | UNION CENTRAL 0463619 | UNION CENTRAL 0463619 |
| 177 | | Email from Sally Hermann to jeri@horizonfinancial.com re: Kick-Off dated 1/12/2009 | Union Central Life Insurance Company | UNION CENTRAL 0465364 | UNION CENTRAL 0465364 |
| 178 | X | Email from Rick Mileham to bart@horizonfinancial.com re: Visit dated 1/27/2009 | Union Central Life Insurance Company | UNION CENTRAL 0466552 | UNION CENTRAL 0466552 |
| 179 | | Email from Patrick Kenyon to Kristal Hambrick, et al., re: Presentation with Dee Randall's office-May 9 dated 4/3/2008 | Union Central Life Insurance Company | UNION CENTRAL 0007265 | UNION CENTRAL 0007265 |
| 180 | | Supplemental excerpts from the deposition of Kyle Christensen taken on 10/18/2016 | Kyle Christensen | N/A | N/A |
| 181 | | Supplemental excerpts from the deposition of Michael Weckenbrock taken on 4/18/2017 | Michael Weckenbrock | N/A | N/A |
| 182 | | Supplemental excerpts from the deposition of Julie Whiteley taken on 4/13/2017 | Julie Whiteley | N/A | N/A |
| 183 | | Supplemental excerpts from the deposition of Robert Sumrall taken on 8/31/2016 | Robert Sumrall | N/A | N/A |
| 184 | | Supplemental excerpts from the deposition of Ira Sorensen taken on 10/14/2016 | Ira Sorensen | N/A | N/A |
| 185 | | Email from Tom Burkhard to Bob Sumrall re: Matt Randall full time production review as of | Union Central Life Insurance Company | UNION CENTRAL 0001832 | UNION CENTRAL 0001835 |
| 186 | | Supplemental excerpts from the deposition of Danita Hooper taken on 3/31/2017 | Danita Hooper | N/A | N/A |
| 187 | | Memorandum from Christine Greenwood to Paul T. Moxley re: Whether Dee Randall Is Obligated to Provide Customer Names to Standard Insurance dated 2/2/2000 | Randall Victims Private Action Trust | PATTRUST0024364 | PATTRUST0024373 |
| 188 | | Excerpts from the deposition of Matt Randall taken on 11/6/2013 | Matt Randall | N/A | N/A |
| 189 | | Supplemental excerpts from the deposition of Raymond Picone taken on 2/15/2017 | Raymond Picone | N/A | N/A |
| 190 | | Supplemental excerpts from the deposition of Raymond Picone taken on 3/28/2017 | Raymond Picone | N/A | N/A |
| 191 | | Supplemental excerpts from the deposition of John Lucas taken on 10/15/2016 | John Lucas | N/A | N/A |
| 192 | | Letter from William McFadden to Dee Randall re: medical insurance program dated 12/15/2000 | Union Central Life Insurance Company | UNION CENTRAL 0018773 | UNION CENTRAL 0018773 |

| Exhibit No. | Under Seal | Description | Source | Beg Bates | End Bates |
|---|---|---|---|---|---|
| 193 | | Supplemental excerpts from the deposition of John Kirtley taken on 4/10/2017 | John Kirtley | N/A | N/A |
| 194 | | Excerpts from the deposition of Sarah Bradshaw taken on 4/17/2017 | Sarah Bradshaw | N/A | N/A |
| 195 | | Agenda for 2/4/2009 Meeting at HFI | Union Central Life Insurance Company | UNION CENTRAL 0128633 | UNION CENTRAL 0128636 |
| 196 | X | Letter from John H. Jacobs to Kristine B. Lueders dated 8/15/2000 | Union Central Life Insurance Company | UNION CENTRAL 0045629 | UNION CENTRAL 0045629 |
| 197 | X | Memorandum from Jennifer Roberts to New Agency re: NEW AGENCY - EN00005508 dated 9/30/2011 | Union Central Life Insurance Company | UNION CENTRAL 0480696 | UNION CENTRAL 0480697 |