FILED
UTAH APPELLATE COURTS
JAN 17 2019

IN THE SUPREME COURT OF THE STATE OF UTAH

----ooOoo----

| | |
|---|---|
| GIL A. MILLER,<br>Appellant,<br>v.<br>UNION CENTRAL LIFE INSURANCE COMPANY;<br>AMERITAS LIFE INSURANCE; AND<br>ACACIA LIFE INSURANCE,<br>Appellees. | NOTICE OF DECISION<br><br>Appellate Case No. 20180433-SC |

----ooOoo----

The above-entitled case was submitted to the court for decision and the order has been issued.

Order Issued: December 26, 2018

Notice of Decision Issued: January 17, 2019

Record: None

U.S. DISTRICT COURT FOR UTAH, #2:14-cv-575

Nicole L. Gray
Clerk of Court

By _____
Judicial Assistant

January 17, 2019
Date

## CERTIFICATE OF SERVICE

I hereby certify that on January 17, 2019, true and correct copies of the foregoing NOTICE OF DECISION were deposited in the United States mail or was sent by electronic mail to be delivered to:

MARK W. PUGSLEY
mpugsley@rqn.com

NATHAN D. MILLER
nathan@millerlawonline.com

RACHEL S. FLEISHMAN
rfleishman@rctlegal.com

MATTHEW T. PETERS
mtpeters@reedsmith.com

CRISTYN N. CHADWICK
KATHY J. HUANG
cristyn.chadwick@alston.com
kathy.huang@alston.com

RACHEL A. NAOR
ROERT D. PHILLIPS, JR
THOMAS A. EVANS
rachel.naor@alston.com
bo.phillips@alston.com
tom.evans@alston.com

MARK W. DYKES
J. THOMAS BECKETT
ERIK A. CHRISTIANSEN
CORY D. SINCLAIR
ALISSA M. MELLEM
BRIAN M. ROTHSCHILD
mdykes@parsonsbehle.com
TBeckett@parsonsbehle.com
EChristiansen@parsonsbehle.com
csinclair@parsonsbehle.com
amellem@parsonsbehle.com
brothschild@parsonsbehle.com

GREGORY S. SCHWEGMANN
RYAN M. GOLDSTEIN
JEREMY H. WELLS
WILLIAM T. REID, IV
gschwegmann@rctlegal.com
rgoldstein@rctlegal.com
jwells@rctlegal.com
wreid@rctlegal.com

U.S. DISTRICT COURT FOR UTAH
ATTN: D MARK JONES
intake@utd.uscourts.gov

By /s/ [signature]
Judicial Assistant

Case No.: 20180433-SC
U.S. DISTRICT COURT FOR UTAH, #2:14-cv-575